# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ARRAIGNMENT AND PLEA MINUTES** |
| v. | |
| **EDUARDO FLORES-RUIZ** | CASE NUMBER **25-CR-80** |

| | |
|---|---|
| HONORABLE Stephen C. Dries, presiding | Court Reporter: Liberty |
| Deputy Clerk: Katina Hubacz | Hearing Began: 1:00:51 |
| Hearing Held: May 8, 2025 at 1:00 PM | Hearing Ended: 1:04:00 |

**Appearances:**

UNITED STATES OF AMERICA by: Keith Alexander
EDUARDO FLORES-RUIZ, in person, and by: Martin J. Pruhs    ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Jesse Sorkness
INTERPRETER: ☐ None ☑ Sworn **(Julie Kurtz)**

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | July 15, 2025 | District Judge: | Pamela Pepper |
| Plea Deadline: | | Bond Judge: | Stephen C. Dries |
| Final Pretrial Report | | Magistrate Judge: | Nancy Joseph |
| Final Pretrial Conf.: | June 24, 2025 at 3:30 PM | Motions Due: | May 23, 2025 |
| Jury Trial Date: | July 14, 2025 at 8:30 AM | Responses Due: | June 2, 2025 |
| Trial Length Estimate: | 1 day | Replies Due: | June 9, 2025 |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read  ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: provided all discovery this week

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to Nancy Joseph
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge Nancy Joseph

Maximum Penalties:
Ct 1: 2 yrs IMP, $250,000 fine, 1 yr SR, $100 SA

☑    Detention continued as previously set

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.