UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: September 4, 2025
JUDGE: Pamela Pepper
CASE NO: 2025-cr-80
CASE NAME: United States of America v. Eduardo Flores-Ruiz
NATURE OF HEARING: Change of plea
APPEARANCES: Keith Alexander – Attorney for the government
Martin Pruhs – Attorney for the defendant
Eduardo Flores-Ruiz – Defendant
Julie Kurtz – Interpreter
Maria Mahmoudi – US Probation
COURTROOM DEPUTY: Justin Dreikosen
TIME: 10:03 AM – 11:02 AM.
HEARING: October 29, 2025 at 1:30 p.m. (Sentencing)

**AUDIO OF THIS HEARING AT DKT. NO. 15**

The court had scheduled this hearing because the defendant had expressed his desire to change his plea. The court noted that the parties had filed the plea agreement on June 23, 2025. Dkt. No. 13. The plea agreement called for the defendant to plead guilty to Count One, illegal re-entry after removal. The court placed the defendant under oath, reviewed the plea agreement with him, and questioned the defendant.

The court recounted that Count One carried a maximum prison term of two years, a maximum fine of up to $250,000 and a maximum of one year of supervised release. There was a mandatory special assessment of $100. The plea agreement reflected that the defendant had agreed to be voluntarily deported and removed from the United States following completion of any term of imprisonment.

After the defendant had answered all the court's questions, the court found that the defendant understood his trial rights, the penalties associated with the charge, the possible civil ramifications of a conviction, and the uncertainty of his ultimate sentence. The court also found that the defendant entered the plea knowingly, voluntarily (without threats or promises) and intelligently. The court accepted the defendant's plea of guilty and found the defendant guilty of the offense charged in the indictment.

The parties requested an expedited sentencing date and expedited pre-sentence investigation report ("PSR"). The court scheduled a sentencing date for **October 29, 2025 at 1:30 P.M**. in Room 222. The parties waived objections to the PSR. The probation office will disclose one, final PSR by **October 22, 2025.** Parties must file any sentencing memoranda, letters, medical evaluations, certificates of completion and any other documents they wish the

1

court to consider at sentencing **_no later than one (1) day prior to sentencing—by the end of the day on October 28_**.