UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No.    25-CR-80

EDUARDO FLORES RUIZ,

    Defendant.

## DEFENDANT'S SENTENCING MEMORANDUM

Eduardo Flores Ruiz, by his attorney Martin J. Pruhs, submits this sentencing memorandum and, for the reasons more fully set forth below, asks the Court to impose a sentence of time served which is sufficient but not greater than necessary to achieve the purposes of sentencing set forth in 18 U.S.C. §3553(a)(2).

**I.**     **Case Procedural Status**

Mr. Flores Ruiz was arrested on April 18th, 2025, and subsequently charged in a single count Indictment with one count of Unlawful Reentry into the United States in violation of Title 8, United States Code, Section 1326(a)(2). He pleaded guilty on September 4th, 2025.

The offense is punishable by a maximum term of imprisonment of 2 years, a maximum fine of $250,000 and a maximum of one year of supervised release.

According to the Presentence Report, Mr. Flores Ruiz's total offense level is 6 with criminal history category II, for an advisory guideline range of between 1 and 7 months of imprisonment, and one year of supervised release. Mr. Flores Ruiz has not objected to the advisory guideline calculations.

Sentencing is scheduled for November 5th, 2025.

II.    **Mr. Flores Ruiz's Personal, Work and Legal History**

Eduardo Flores Ruiz is thirty-one years old. He was born a small municipality in the central lake region of Michoacán, Mexico which is known for its forests, lakes and agriculture – especially avocados. His mother and father both still live in Michoacán with two of his brothers and a sister. His father works as a fisherman and frog catcher on Lake Pátzcuaro which is one of two big volcanic lakes in the central region of Michoacán. Frog legs are considered a delicacy in Michoacán, and fish are an important part of the local diet.

Mr. Flores Ruiz completed sixth grade in Mexico and then worked with his father and brothers fishing and frog catching. In 2013, when he was 18 years old, Mr. Flores Ruiz decided to try to make a better living in the United States. He left his home and made his way north where he joined a group of about 30 other migrants to attempt to illegally cross the border near Nogales, Arizona, a border town about forty miles south of Tucson. Immediately after crossing the border on January 15th, 2013, the group was apprehended, and Mr. Flores Ruiz was removed the next day back to Mexico.

A couple of days later, Mr. Flores Ruiz attempted to cross the border again and, while he managed to cross, got lost and survived in the desert for almost a month before

making it to Tucson.  From Tucson he was able to get a ride to Milwaukee where one of his relatives was living.

Mr. Flores Ruiz got a job at the Chicken Palace Restaurant in Milwaukee and worked there for five years, first as a dishwasher and eventually as a cook.  He then worked at another Mexican restaurant place called "El Jalapeno" on National Avenue as a cook for about two years.  At one point, Mr. Flores Ruiz went with a friend to Minnesota and worked at an Arby's for about 6 months and, most recently, worked at three different food trucks in Milwaukee - a Oaxacan one; one called Mexican Express; and the last one Taqueria Marquez. While working in Milwaukee Mr. Flores Ruiz would regularly send a portion of the money he earned, via Western Union, to help support his parents and siblings in Mexico.

Mr. Flores Ruiz is in good health.  He does not use drugs, but drinks beer from time-to-time.  He has never had any significant physical or mental health problems.  He doesn't have a driver's license or own a car – he took the bus to work.

During his time in Milwaukee Mr. Flores Ruiz lived with other mainly Mexican friends and roommates.  Most recently he lived for almost three years at #### West Vliet Street.  While living there he usually had five or six other roommates who were generally undocumented immigrants working in Milwaukee.

On March 12th, 2025, Mr. Flores Ruiz was at home, and a disagreement arose between him and two of his roommates.  A physical altercation ensued, police were called, and Mr. Flores Ruiz was arrested and charged with three counts of misdemeanor battery in Milwaukee County Case Number 25CM814.  He appeared in Milwaukee County Intake Court and was released on a signature bond.

Mr. Flores Ruiz returned to the Milwaukee County Courthouse on April 18th, 2025 for a scheduled pre-trial conference in Judge Hannah Dugan's court. As he was leaving the building he heard somebody yell his name, saw some people who looked like they were coming for him, and took off running. He was arrested by ICE agents after about a block.

After his arrest in the instant case, Mr. Flores Ruiz was ordered detained. He has now spent the last six months in the Ozaukee County Jail in the custody of the U.S. Marshal's Service with an ICE detainer filed. This time has been very difficult for Mr. Flores Ruiz. He has not had any contact with his family since his detention and has no money on his books to buy additional food or hygiene supplies at the canteen. He has passed the time by watching television and reading the few Spanish language books available in the jail, including the Bible. He was shuttled to Milwaukee three times for hearings in connection with his misdemeanor case and had to sleep on the floor in the over-crowded Milwaukee County Jail.

On October 13th, 2025, Mr. Flores Ruiz entered a plea of No Contest to one count of misdemeanor battery in his Milwaukee County case. The other two counts in the criminal complaint were dismissed. He entered a plea of no contest instead of a guilty plea because, while he acknowledges having been in a physical altercation with his roommates, he disputes their version and alleges they were unlawfully trying to evict him from the apartment. The same day Mr. Flores Ruiz pleaded no contest he was sentenced to 195 days in Milwaukee County's Community Reintegration Center with release for work and treatment, which was a time-served disposition.

## Conclusion

The advisory sentencing guidelines call for a sentence of between 1 and 7 months of incarceration. Mr. Flores Ruiz has been in custody for over six months, remains with an ICE detainer, and expects to remain in custody for another unknown period until he is deported back to Mexico.

Given all these facts and circumstances, a sentence of time served would be sufficient but not greater than necessary to meet the purposes of sentencing under 18 U.S.C. §3553(a).

Respectfully submitted at Milwaukee Wisconsin this 30th day of October 2025.

/s/ *Martin J. Pruhs*
By: Martin J. Pruhs
Attorney for Eduardo Flores Ruiz

**Mailing Address:**

Pruhs & Donovan, S.C.
757 North Broadway #401
Milwaukee, WI   53202

Tel: (414) 221-1950
Fax: (414) 221-1959