UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

| | |
|---|---|
| DATE: | November 5, 2025 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2025-cr-80 |
| CASE NAME: | United States of America v. Eduardo Flores-Ruiz |
| NATURE OF HEARING: | Sentencing |
| APPEARANCES: | Keith Alexander – Attorney for the government |
| | Martin J. Pruhs – Attorney for the defendant |
| | Eduardo Flores-Ruiz – Defendant |
| | Julie Kurtz – Interpreter |
| | Maria Maumoudi – US Probation |
| COURTROOM DEPUTY: | Justin Dreikosen |
| TIME: | 12:58p.m. – 1:26p.m. |

**AUDIO OF THIS HEARING AT DKT. NO. 21**

The defendant had pled guilty to Count One, unlawful reentry to the United States under 18 U.S.C. §1326(a)(1). The courtroom deputy swore in the interpreter.

The court listed the relevant sentencing documents and confirmed that defense counsel had reviewed those documents with the defendant and that the prosecutor had reviewed them.

The court explained to the defendant that the Sentencing Guidelines calculations were advisory, but that the law required the court to calculate them and then consider them along with the §3553 factors.

The court made the following findings as to the offense level(s):

Count One
Base offense level: 8, §2L1.2(a)
　　Objection(s): ☐ Yes　☒ No
Acceptance of Responsibility
　　Reduction: 2 level(s), §3E1.1(a) (acceptance)
Adjusted total offense level: 6
　　Objection(s): ☐ Yes　☒ No

The court made the following findings regarding the criminal history category:

Criminal history points: 2, yielding a criminal history category of II.
　　Objections: ☐ Yes　☒ No

1

The court found that the adjusted offense level of 6 in criminal history category II resulted in an advisory sentencing range of 1-7 months.
    Objections: ☐ Yes    ☒ No

Joint recommended sentence: time served.

The defendant addressed the court on his own behalf.

The court imposed a sentence of: **Time served.**
    Supervised Release: **zero (0) months.**
    Special Assessment: **$100**
    Fine: **None**
    Restitution: **None**

Defendant in custody: ☒ Yes ☐ No

The court advised the defendant that he had a right to appeal, that he had a limited time in which to do so, and that he should discuss his appeal rights with his attorney. The court will enter judgment reflecting the above sentence.